1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                           EASTERN DISTRICT OF CALIFORNIA

9
MARIA MEJIA-RAIGOZA,                    )        1:09cv0441 DLB
10                                      )
                    Plaintiff,          )        ORDER GRANTING
11                                      )        EXTENSION OF TIME
                                        )
12                                      )        (Document 12)
           vs.                          )
13                                      )
MICHAEL J. ASTRUE, Commissioner,        )
14                                      )
                                        )
15                  Defendant.          )
_____)
16
           On October 27, 2009, the parties filed a stipulation and proposed order to allow Plaintiff an
17
extension of time to file her opening brief.  The parties' request is GRANTED.  Plaintiff's opening
18
brief SHALL be filed on or before November 30, 2009.  Defendant's opposition, if any, shall be filed
19
on or before December 31, 2009.
20
21
           IT IS SO ORDERED.
22
         **Dated:    October 28, 2009**              _____ **/s/ Dennis L. Beck**_____
23                                                   UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28
                                                 1