IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA MEJIA-RAIGOZA, | ) | 1:09cv0441 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| | ) | (Document 17) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On February 19, 2010, the parties filed a stipulation and proposed order to allow Defendant an extension of time to file a response to Plaintiff's opening brief. The parties' request is GRANTED. Defendant's response to Plaintiff's opening brief SHALL be filed on or before February 26, 2010.

IT IS SO ORDERED.

   Dated:    **February 22, 2010**              **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE

1