1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

9

10

11

12

13

14

15

16

| MARIA MEJIA-RAIGOZA, | ) | 1:09cv0441 DLB |
|---|---|---|
| | ) | |
| | ) | |
| | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | APPLICATION TO PROCEED IN FORMA |
| Plaintiff, | ) | PAUPERIS ON APPEAL |
| | ) | |
| vs. | ) | (Document 23) |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

17    On June 11, 2010, Plaintiff Maria Mejia-Raigoza filed an application to proceed in forma

18  pauperis on appeal pursuant to Federal Rule of Appellate Procedure 24(a)(1).  Review of the

19  application reveals that Plaintiff's application meets the requirements of Rule 24(a)(1) and her

20  request is therefore GRANTED.

21

22    IT IS SO ORDERED.

23    **Dated:    June 15, 2010**          _____/s/ **Dennis L. Beck**_____
                                                    UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

1